No. 15,483.

LACONTE *v.* GIGLIO.
(149 P. [2d] 992)

Decided May 22, 1944.

Judgment affirmed en banc on application for supersedeas without written opinion.

Mr. E. CLIFFORD HEALD, Mr. LEON GINSBERG, for plaintiff in error.

Mr. HARRY BEHM, for defendant in error.